# STATE OF VERMONT

| | |
|---|---|
| SUPERIOR COURT | ENVIRONMENTAL DIVISION |
| | Docket No. 125-9-17 Vtec |

| | |
|---|---|
| Town of Richford,<br>          plaintiff,<br><br>          v.<br><br>50 & 60 River St. Richford, LLC,<br>          defendant. | **DECISION ON MOTION** |

This is a municipal enforcement action brought by the Town of Richford (the Town) alleging that 50 & 60 River St. Richford, LLC (Defendant) is in violation of zoning regulations limiting the storage of junk.  The Town is represented by Michael S. Gawne, Esq.

The matter is now before the Court on the Town's motion for default judgment.  The Town filed its complaint on September 27, 2017.  The registered agent for Defendant signed an acceptance of service of the complaint, summons, and notice of appearance for self-represented litigant on October 3, 2017.  Defendant failed to enter an appearance or file an answer to the complaint.  On November 9, 2017, the Town filed a motion for default judgment along with an affidavit of non-military service and a certificate of service indicating that the motion had been sent by first class mail to a member of Defendant.

Pursuant to V.R.C.P. 55(b)(3), the Town's motion is **GRANTED**.

We further **GRANT** the request for injunctive relief set out in the Town's complaint, and **ORDER** Defendant to remove all junk and junk vehicles from 60 River Street.

This matter will be set for a status conference to discuss options for the Town to present evidence on damages.


Electronically signed on January 05, 2018 at 11:10 AM pursuant to V.R.E.F. 7(d).


_____
Thomas G. Walsh, Judge
Superior Court, Environmental Division